IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

LARRY HAWKINS

NO. 4:15-CR-151-O

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Larry Hawkins**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. §3156);

    ____ Maximum sentence life imprisonment or death

    _X_ 10 + year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

    ____ Felony involving a minor victim

    ____ Felony involving a firearm, destructive device, or any other dangerous weapon

    ____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

    2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      __X__  Defendant's appearance as required

      __X__  Safety of any other person and the community

    3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

      __X__  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

      _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      _____  Previous conviction for "eligible" offense committed while on pretrial bond

    4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      _____  At first appearance

      __X__  After continuance of __3__ days (not more than 3).

    DATED this __14th__ day of __September__, 2015.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


  s/Christopher Stokes
CHRISTOPHER P. STOKES
Assistant United States Attorney
Bar No. 19267600
1100 Commerce Street, Third Floor
Dallas, Texas  75242 -1699
Telephone: 214-659-8676
Facsimile:  214-659-8812
Email: Christopher.Stokes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this   14th   day of    September    , 2015.


   s/ Christopher Stokes
CHRISTOPHER P. STOKES
Assistant United States Attorney